IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:13-CV-44-D

| | |
|---|---|
| ALFRED GIBSON, Individually and as Legal Representative for Alfred H. Gibson, ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | **ORDER** |
| ONSLOW COUNTY, ONSLOW COUNTY SHERIFF'S DEPARTMENT, ONSLOW COUNTY SHERIFF, in his Individual and Official Capacities, and DOES 1 through 10, ) ) ) ) ) | |
| Defendants. ) | |

On June 3, 2014, defendants filed a motion to dismiss plaintiff's complaint. See [D.E. 42]; Fed. R. Civ. P. 12(b)(6). On June 24, 2014, the court notified plaintiff of the motion to dismiss, and the consequences of failing to respond. See [D.E. 45]; Roseboro v. Garrison, 528 F.2d 309, 310 (4th Cir. 1975) (per curiam). Plaintiff did not respond.

The court has reviewed the record under the governing standard. See Fed. R. Civ. P. 12(b)(6). Defendants' motion to dismiss [D.E. 42] is GRANTED.

SO ORDERED. This 5 day of August 2014.

JAMES C. DEVER III
Chief United States District Judge