AO 450 (Rev. 5/85)

# United States District Court
## EASTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| ALFRED GIPSON, Individually and as Legal Representative for Alfred H. Gipson, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>)<br>ONSLOW COUNTY, ONSLOW COUNTY )<br>SHERIFF'S DEPARTMENT, ONSLOW COUNTY )<br>SHERIFF, in his Individual and Official )<br>Capacities, and DOES 1 through 10, )<br>)<br>Defendants. ) | **JUDGMENT IN A CIVIL CASE**<br><br>**CASE NO. 7:13-CV-44-D** |

**Decision by the Court.**

    IT IS ORDERED AND ADJUDGED in accordance with the court's order entered on August 5, 2014 that defendant's motion to dismiss is GRANTED.

    THE ABOVE JUDGMENT WAS ENTERED TODAY, **August 6, 2014**, AND A COPY MAILED TO:

Alfred Gipson (via U.S. Mail)
Christopher J. Geis (via CM/ECF Notice of Electronic Filing)
Kristen Yarbrough Riggs (via CM/ECF Notice of Electronic Filing)
James R. Morgan, Jr. (via CM/ECF Notice of Electronic Filing)

| | |
|---|---|
| August 6, 2014<br>Date | JULIE A. RICHARDS, Clerk<br>*Eastern District of North Carolina*<br><br>/s/ Susan W. Tripp<br>*(By) Deputy Clerk* |
| *New Bern, North Carolina* | |