IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:13-CV-44-D

| | |
|---|---|
| ALFRED GIPSON, Individually and as Legal Representative for Alfred H. Gipson, <br><br>  Plaintiff, <br><br> v. <br><br> ONSLOW COUNTY, ONSLOW COUNTY SHERIFF'S DEPARTMENT, ONSLOW COUNTY SHERIFF, in his Individual and Official Capacities, and DOES 1 through 10, <br><br> Defendants. | ORDER |

On January 27, 2015, the remaining defendant filed a motion for summary judgment. See [D.E. 49]; Fed. R. Civ. P. 56. On January 28, 2015, the court notified plaintiff of the motion for summary judgment, and the consequences of failing to respond. See [D.E. 53, 54]; Roseboro v. Garrison, 528 F.2d 309, 310 (4th Cir. 1975) (per curiam). Plaintiff did not respond.

The court has reviewed the record and the governing law. Defendant's motion for summary judgment [D.E. 49] is GRANTED. The clerk shall close the case.

SO ORDERED. This 19 day of March 2015.

JAMES C. DEVER III
Chief United States District Judge