UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| ALFRED GIPSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | **JUDGMENT IN A CIVIL CASE** |
| v. ) | **CASE NO. 7:13-CV-44-D** |
| ) | |
| ONLOW COUNTY, ONSLOW COUNTY ) | |
| SHERIFF'S DEPARTMENT, ONSLOW COUNTY ) | |
| SHERIFF, DOES 1 THROUGH 10 ) | |
| ) | |
| Defendants. ) | |

**Decision by Court.**

This action came before the Honorable James C. Dever III, Chief United States District Judge, for ruling as follows:

**IT IS ORDERED, ADJUDGED AND DECREED** that in accordance with the court's order entered on August 5, 2014, Defendants' motion to dismiss [D.E. 42] is GRANTED.

**IT IS FURTHER ORDERED** that Defendant's motion for summary judgment [D.E. 49] is GRANTED. The clerk shall close the case.

This Judgment Filed and Entered on March 20, 2015, and Copies To:
| | |
|---|---|
| Alfred Gipson | (via US Mail, 501 Michigan Blvd. #46, West Sacramento, CA 95691) |
| M. Brad Hill | (via CM/ECF Notice of Electronic Filing) |
| Christopher J. Geis | (via CM/ECF Notice of Electronic Filing) |
| Kristen Yarbrough Riggs | (via CM/ECF Notice of Electronic Filing) |
| James R. Morgan, Jr. | (via CM/ECF Notice of Electronic Filing) |
| Julie B. Bradburn | (via CM/ECF Notice of Electronic Filing) |

| DATE | JULIE RICHARDS JOHNSTON, CLERK OF COURT |
|---|---|
| March 20, 2015 | /s/ Courtney O'Brien |
| | (By) Courtney O'Brien, Deputy Clerk |